IDA ROTHMAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument of motion to dismiss appeal denied. (See 259 N. Y. 663.)

KIEREN J. GANLY, an Infant, by JOHN B. GANLY, His Guardian ad Litem, et al., Respondents, *v.* STEEL STORAGE AND TRUCKING CORPORATION, Appellant, Impleaded with Others.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 396.)

KNICKERBOCKER OIL CORPORATION, Respondent, *v.* RICH-FIELD OIL CORPORATION OF NEW YORK, Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 259 N. Y. 657.)